875 P.2d 225

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Hall | 15802 | 02/11/94 | Affirmed |
| State v. Miranda | 16012 | 03/02/94 | Affirmed |
| Anthony v. Amona | 16914 | 04/12/94 | Dismissed |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Baehr v. Lewin | 15689 | 05/27/93 | Granted in part | 852 P.2d 44 |
| Bevins v. Hintz | 15231 | 11/10/92 | Denied | 840 P.2d 381 |
| Martin v. Pukalani Terrace Landco | 15221 | 01/26/93 | Denied | 845 P.2d 1193 |
| State v. Lum | 15437 | 12/10/92 | Denied | 843 P.2d 144 |
| State v. Royster | 16083 | 03/01/93 | Denied | 847 P.2d 263 |

# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| GNP Dev. Ventures v. Kasamoto | 15644 | 03/18/93 | Denied | 847 P.2d 264 |
| Inouye v. Swinerton & Walberg Co. | 15556 | 05/17/93 | Denied | 849 P.2d 82 |
| James v. James | 15793, 15507 | 04/21/93 | Denied | 847 P.2d 264 |
| Lepere v. United Public Workers | 15795 | 05/04/93 | Granted | 849 P.2d 82 |
| State v. Andrews | 16009 | 06/14/93 | Denied | 854 P.2d 815 |
| State v. Behasa | 15779 | 10/28/92 | Denied | 838 P.2d 861 |
| State v. Fishler | 15568 | 11/09/92 | Denied | 838 P.2d 861 |
| State v. Gomes | 16476 | 05/02/94 | Granted | —— P.2d —— |
| State v. Kanakanui | 15982 | 07/27/93 | Denied | 856 P.2d 95 |
| State v. Kinnane | 15713 | 11/09/92 | Granted | 840 P.2d 382 |
| State v. Kruse | 15912 | 07/16/93 | Denied | 856 P.2d 95 |
| State v. Kuhia | 15598 | 11/09/92 | Denied | 838 P.2d 861 |
| State v. Liulama | 15505 | 02/22/93 | Denied | 845 P.2d 1194 |
| State v. Mallan | 15608 | 06/10/93 | Granted | 854 P.2d 815 |
| State v. Miller | 15721 | 06/14/93 | Denied | 854 P.2d 815 |
| State v. Sanchez | 15766 | 10/28/92 | Denied | 837 P.2d 1313 |
| State v. Shaw | 15781 | 04/13/93 | Denied | 847 P.2d 264 |
| Tyler v. Befurt | 15488 | 03/02/93 | Denied | 845 P.2d 1206 |